OWEN GILMORE, Administrator, etc., Respondent, *v.* THE LONG
      ISLAND RAILROAD COMPANY, Appellant.

(Argued March 10, 1885 , decided March 24, 1885.)

*Edward E. Sprague* for appellant.

*Samuel Hand* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

ADDIE M. SMITH, Respondent, *v.* LOUIS H. CRAMER, as Receiver,
          etc., et al., Appellants.

(Argued December 18, 1884 , reargument ordered.   Reargued March 10,
1885; decided March 24, 1885.)
*A. Pond* for appellants.

*Charles S. Lester* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.